NICHOLAS MATTHISON, BY NEXT FRIEND, RESPONDENT,
v. JOHN BARTON PAYNE, DIRECTOR GENERAL, ETC.,
APPELLANT.

Argued June 25, 1923—Decided October 5, 1923.

On appeal from the Supreme Court, whose opinion is reported in 98 *N. J. L.* 87; and upon petition for a rehearing, in *Id.* 383.

For the appellant, *Collins & Corbin.*

For the respondent, *Ziegener & Lane.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, BERGEN, MINTURN, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, ACKERSON, VAN BUSKIRK, JJ.   10.

*For reversal*—None.